IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | : | |
| | : | Case No. 1:26-cr-41 |
| Plaintiff, | : | |
| | : | Judge Susan J. Dlott |
| v. | : | |
| | : | Order Denying Motion to Appeal |
| Ronny Gomora, | : | Defendant's Bond and |
| | : | Vacating Notation Order and Stay |
| Defendant. | : | |

Defendant Ronny Gomora has been charged in an Indictment dated April 8, 2026 with one count of coercion and enticement of a minor female in violation of 18 U.S.C. §§ 2422(b) and 2427.  (Doc. 3.)  Gomora was arrested in Los Angeles, California, and he appeared at a detention hearing in the Central District of California on June 24, 2026 before Magistrate Juge Anna Y. Park.  Magistrate Judge Park issued a decision allowing Gomora to be released on bond.  (Doc. 10 at PageID 29–35.)  She then stayed enforcement of her bond decision for 48 hours.  (*Id.* at PageID 30.)  The Court extended the stay of the bond decision in a Notation Order dated June 26, 2026.  Pending before the Court is the Government's Motion to Revoke Defendant's Bond.  (Doc. 9).  Defendant Gomora, represented by counsel, filed a Response in Opposition.  (Doc. 13).

Having considered the parties' arguments and applicable law, the Court finds that Magistrate Judge Park's bond decision was appropriate.  The Motion to Revoke Defendant's Bond (Doc. 9) is **DENIED**.  The Court affirms the bond decision in all respects, including the conditions of release.  The Court also **VACATES** the June 26, 2026 Notation Order and the stay of the bond decision.

**IT IS SO ORDERED.**

BY THE COURT:


S/Susan J. Dlott
Susan J. Dlott
United States District Judge